NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Marena Chmielewska
30670 Lakefront dr
Agoura Hills, CA 91301

ATTORNEY(S) FOR:

FILED
2026 AUG 11 PM 2:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marena Chmielewska
30670 Lakefront dr
Agoura Hills, CA, 91301
Plaintiff(s),

The Country Club (Northill) LTD
Patrice Bates
Kathryn Margaret Bates
Defendant(s)

CASE NUMBER: 2:26-cv-08912-JFW-SSC(x)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Marena Chmielewska or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marena Chmielewska | Plaintiff owner of the Royal Egeskov trademark |
| The Country Club (Northill) Ltd | Defendant |
| Patrice BATES | Defendant DIRECTOR OF THE County Club |
| Kathryn BATES | Defendant DIRECTOR OF THE County Club |

08/11/26
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):