LODGED
2026 AUG 11 PM 1:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**MARZENA CHMIELEWSKA** et al.,

**Plaintiff,**

v.

**THE COUNTRY CLUB (NORTHILL) LTD** et al.,

**Defendants.**

**Case No.:** [To be assigned] 2:26-cv-08912-JFW-SSC (x)

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS BY EMAIL PURSUANT TO FRCP 4(f)(3)**

The Court, having reviewed Plaintiff's Ex Parte Motion for Order Authorizing Alternative Service of Process by Email, and finding that:

(1) Defendants are incorporated or resident in England, making service through the Hague Convention the standard method, which typically requires four to eight months to complete;

(2) Plaintiff has demonstrated through documented correspondence that the email address info@royalequestrian.co.uk is actively monitored and personally used by Defendant Kathryn Margaret Bates, a Director and controlling officer of Defendant The Country Club (Northill) Ltd (Companies House No. 10222950), who personally received and responded to Plaintiff's November 2025 trademark enforcement correspondence at that address;

(3) The email address info@royalequestrian.co.uk is the official registered business contact address for the corporate Defendant, publicly listed alongside its Companies House registration number 10222950 and VAT registration number GB 454 9176 63;

(4) Email service to this address is reasonably calculated to provide Defendants with immediate actual notice of this proceeding;

(5) No international agreement applicable to this action expressly prohibits service by email; and

(6) A Temporary Restraining Order has been issued in this action requiring immediate effectiveness, making prompt service essential to prevent continued irreparable harm to Plaintiff;

**IT IS HEREBY ORDERED:**

**1.** Plaintiff is authorized to serve all Defendants — THE COUNTRY CLUB (NORTHILL) LTD, PATRICE BATES, and KATHRYN MARGARET BATES — by email at the address info@royalequestrian.co.uk, simultaneously with initiating service through the Hague Convention.

**2.** Service by email shall be effected by transmitting to info@royalequestrian.co.uk a single email with the subject line: "OFFICIAL SERVICE OF PROCESS — United States District Court, Central District of California — Case No. [number] — Chmielewska et al. v. The Country Club (Northill) Ltd et al." attaching PDF copies of: (a) the Complaint; (b) the Summons; (c) this Court's Temporary Restraining Order; (d) Plaintiff's TRO Application and supporting papers; and (e) this Order authorizing alternative service.

**3.** Upon completion of email service, such service shall constitute valid and effective service of process on all Defendants for purposes of this action.

**4.** Defendants' deadline to file an Answer or otherwise respond to the Complaint shall be 21 days from the date of email service under this Order, or such longer period as the Court may direct.

**5.** Plaintiff shall file proof of email service with the Court within 24 hours of transmission, including a copy of the sent email with all attachments and any delivery or read confirmation received.

**6.** Plaintiff shall simultaneously initiate service through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents and shall file proof of Hague Convention service when completed.

SO ORDERED this _______ day of _________________, 2026, at _________ a.m./p.m.

___________________________________

UNITED STATES DISTRICT JUDGE

Central District of California, Western Division