AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Marena Chmielawkus an Individual
Brand Designer, Brand Creaton
and USA Trademark Registrant

)
)
)
)
)
)
*Plaintiff(s)*

v.

The Country Club (Northill)LTD, a Foreign Corporation
incorporated in England, doing business in USA and
the state of CA under the Name "Royal Equstiag"
Patrice Bates aka Patsy Bates an Individual
Director and Controly Officer of the Country Club
Northill Ltd and
Kathryn Margaret Bates an Individual
Director, Controly Officer and Agent
of The Country Club Northill Ltd.

)
)
)
)
)
)
)
*Defendant(s)*

Civil Action No. 2:26-cv-08912-JFW-SSC (x)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Country Club Northill Ltd
Patrice Bates Director
Kathryn Margaret Bates, Director
St Dunstans Farm House, Upper Staploe
St. Neots, PE 18 5 yF, UK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marena Chmilleoska
306 70 Lakefront Dr
Agoura Hills, CA 91301
805-551-0853

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/11/26



1264

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

JASON JIANG