Marzena Chmielewska
30670 Lakefront Drive
Agoura Hills, California 91301
Telephone: (805) 551-0853
Email: houseofroyalgroup@gmail.com

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
08/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARZENA CHMIELEWSKA, | Case No. 2:26-cv-08912-JFW (SSCx) |
| Plaintiff, | **CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE** |
| v. | |
| THE COUNTRY CLUB (NORTHILL) LTD., et al., | |
| Defendants. | |

# CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE

I, MARZENA CHMIELEWSKA, Plaintiff in pro per, submit this certification pursuant to the Court's Order Re: Artificial Intelligence entered August 12, 2026 (Dkt. 14).

1. **DISCLOSURE.** Generative artificial intelligence was used in the preparation of the documents submitted herewith.

2. **CERTIFICATION.** I certify that I have personally reviewed and verified the accuracy of all legal citations, quotations, factual statements, and analyses contained in those documents.

3. The statements concerning the manner, date, time, and place of service are made by Stephen Ralston and by Graham Henry Bridgman, Solicitor of the Senior Courts of England and Wales, from their own personal knowledge and under penalty of perjury under the laws of the United States of America. I have reviewed those statements against the Witness Statements of Service dated 18 August 2026 and against the records maintained by Companies House for The Country Club (Northill) Ltd., company number 10222950.

Executed on August 27, 2026, at Agoura Hills, California.

[signature]

MARZENA CHMIELEWSKA
Plaintiff in Pro Per